# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In Re: | Chapter 7 |
| | Case No. 2:23-bk-08145-PS |
| MARIO GIRON-MEJIA and FANY SORTO CORTES DE GIRON, | |
| | **RECUSAL ORDER** |
| Debtors. | |

The Honorable Paul Sala, having determined that such action would be appropriate in this case, recuses himself from hearing any matters associated with the above-captioned case.

The Clerk's Office has reassigned this matter to Judge Eddward P. Ballinger.

Based upon the foregoing,

IT IS ORDERED that this matter is reassigned to Judge Eddward P. Ballinger.

**SIGNED AND DATED ABOVE**